IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Batson, Leonard Joseph  
Batson, Toni Marie  
Printed: 12/16/08

Case Number: 05 B 64167  
Judge: Goldgar, A. Benjamin  
Filed: 12/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 4, 2008  
Confirmed: April 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,000.00 |  |
| Secured: |  | 8,848.54 |
| Unsecured: |  | 1,849.91 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,518.60 |
| Trustee Fee: |  | 782.95 |
| Other Funds: |  | 0.00 |
| Totals: | 14,000.00 | 14,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,420.00 | 2,420.00 |
| 2. | Ledford & Wu | Administrative | 98.60 | 98.60 |
| 3. | Regional Acceptance | Secured | 0.00 | 0.00 |
| 4. | General Motors Acceptance Corp | Secured | 8,848.54 | 8,848.54 |
| 5. | AmeriCash Loans, LLC | Unsecured | 704.54 | 127.00 |
| 6. | United Student Aid Funds Inc | Unsecured | 3,385.03 | 610.13 |
| 7. | Short Term Loans LLC | Unsecured | 283.20 | 51.05 |
| 8. | AmeriCash Loans, LLC | Unsecured | 419.57 | 75.63 |
| 9. | Northwest Community Hospital | Unsecured | 375.23 | 67.64 |
| 10. | Resurrection Medical | Unsecured | 612.32 | 110.38 |
| 11. | Golf Surgical Center | Unsecured | 190.80 | 34.39 |
| 12. | ECast Settlement Corp | Unsecured | 2,175.53 | 392.15 |
| 13. | U.S. Department Of Education | Unsecured | 539.30 | 97.21 |
| 14. | Loyola University Phys Foundation | Unsecured | 942.31 | 169.86 |
| 15. | Check N Go | Unsecured | 417.30 | 75.22 |
| 16. | RoundUp Funding LLC | Unsecured | 217.72 | 39.25 |
| 17. | Advocate Medical Group S.C. | Unsecured |  | No Claim Filed |
| 18. | Associated Radiologists | Unsecured |  | No Claim Filed |
| 19. | Allied Data Corp | Unsecured |  | No Claim Filed |
| 20. | Chase | Unsecured |  | No Claim Filed |
| 21. | Arlington Ridge Pathology | Unsecured |  | No Claim Filed |
| 22. | David Middleman, MD | Unsecured |  | No Claim Filed |
| 23. | Children's Memorial Hospital | Unsecured |  | No Claim Filed |
| 24. | Diagnostic Imaging Associates | Unsecured |  | No Claim Filed |
| 25. | First Card Visa | Unsecured |  | No Claim Filed |
| 26. | Empi Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Batson, Leonard Joseph | | Case Number: 05 B 64167 |
| Batson, Toni Marie | | Judge: Goldgar, A. Benjamin |
| Printed: 12/16/08 | | Filed: 12/23/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Medco Health Solutions | Unsecured | | No Claim Filed |
| 28. | Harris & Harris | Unsecured | | No Claim Filed |
| 29. | Helzberg Diamonds | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Medco Financial Associates | Unsecured | | No Claim Filed |
| 32. | Loyola University & Hospital | Unsecured | | No Claim Filed |
| 33. | Advanced Jewelry & Loan | Unsecured | | No Claim Filed |
| 34. | Eye Specialists Center | Unsecured | | No Claim Filed |
| 35. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 36. | Lutheran General Hospital | Unsecured | | No Claim Filed |
| 37. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 38. | Pysch Associates | Unsecured | | No Claim Filed |
| 39. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 40. | USA Funds | Unsecured | | No Claim Filed |
| 41. | Northwest Suburban Anesthesiol | Unsecured | | No Claim Filed |
| 42. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 43. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 44. | Poetry.Com | Unsecured | | No Claim Filed |
| 45. | Paramedic Billing Service | Unsecured | | No Claim Filed |
| 46. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 47. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 48. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 49. | Resurrection Ambulatory | Unsecured | | No Claim Filed |
| 50. | Pediatric Faculty Foundation I | Unsecured | | No Claim Filed |
| 51. | Talcott Anesthesiologists | Unsecured | | No Claim Filed |
| 52. | St Therese Medical Center | Unsecured | | No Claim Filed |
| 53. | Village of Schiller Park | Unsecured | | No Claim Filed |
| 54. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 55. | Medical Collections | Unsecured | | No Claim Filed |
| 56. | Humana Med First | Unsecured | | No Claim Filed |
| 57. | Village Jewelry | Unsecured | | No Claim Filed |
| | | | $ 21,629.99 | $ 13,217.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 145.28 |
| 5% | 69.29 |
| 4.8% | 78.89 |
| 5.4% | 254.81 |
| 6.5% | 234.68 |
| | $ 782.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Batson, Leonard Joseph<br>Batson, Toni Marie<br>Printed: 12/16/08 | Case Number:  05 B 64167<br>Judge:  Goldgar, A. Benjamin<br>Filed:  12/23/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

